IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| UNITED STATES OF AMERICA, | § | |
| --- | --- | --- |
| | § | |
| | § | CASE NUMBER 6:13-CR-00013-RC |
| v. | § | |
| | § | |
| | § | |
| PETER HOEGAR BAKER (4), | § | |
| | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). The Report of Magistrate Judge John D. Love which contains his proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. The parties have waived their objections to the Report and Recommendation.

The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court and **ORDERS** that Defendant Peter Hoegar Baker be committed to the custody of the Bureau of Prisons for a term of imprisonment of 24 months with credit for time served from July 19, 2017, and no supervised release to follow. The Court **RECOMMENDS** that the place of confinement be Coleman, Florida, if available, or Victorville, California, in order to facilitate family visitation. The Court **FURTHER RECOMMENDS** drug treatment.

**So Ordered and Signed**
**Sep 20, 2017**

_____
Ron Clark, United States District Judge